UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| TIA-CLAIR TOOMEY, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | Case No. 1:24-cv-18 |
| v. | ) | |
| | ) | Judge Atchley |
| MATT O'KEEFE, | ) | Magistrate Judge Lee |
| | ) | |
| *Defendant.* | ) | |

## JUDGMENT ORDER

The Honorable Charles E. Atchley, Jr., United States District Judge, having directed the parties to comply with the dispute resolution provision in the Representation Agreement and return to arbitration,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT